UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6206 CR-ZLOCH

IN RE:

FEDERAL GRAND JURY 00-01(FL) MAGISTRATE JUDGE
SELTZER

FILED by AV D.C.
JUL 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____/

**MOTION TO SEAL**

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby moves this Court for an Order sealing the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrant (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), Bond Recommendation Sheets, this Motion to Seal, and Sealing Order, and remain sealed in the custody of the Clerk of the Court until such time as the defendant has been arrested. In support thereof, the following is shown:

The defendant has not been previously indicted on the instant charges. Disclosure of the existence of these charges would hinder the ability of the United States to locate and arrest the defendant.

WHEREFORE, the United States respectfully requests that this Court order that the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), Bond Recommendation Sheets, Motion to Seal,

and the Sealing Order be sealed until such time as the defendant has been arrested.

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By: _____
        LAWRENCE D. LaVECCHIO
        ASSISTANT UNITED STATES ATTORNEY
        Fla. Bar #: 0305405
        500 E. Broward Boulevard, Suite 700
        Fort Lauderdale, Florida  33394
        Telephone: (954) 356-7255
        Facsimile: (954) 356-7230