**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**



CASE NO.

18 U.S.C. 1029(a)(2)
18 U.S.C. 1343
18 U.S.C. 1956
18 U.S.C. 1957(a)
18 U.S.C. 2

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA, )
)
            Plaintiff, )
)
v. )
)
JOSEPH FRANCIS SPITALERI, )
)
            Defendant. )
_____)



**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**

1. From in or about May 1998 through on or about June 15,
1998, within the Southern District of Florida, and elsewhere, the
defendant,

JOSEPH FRANCIS SPITALERI,

did knowingly, and with intent to defraud, use one or more
unauthorized access devices during a one-year period, that is,
VISA  and MasterCard account numbers, and by such conduct did
obtain things of value aggregating in excess of $1,000.00 during
that one-year period, said offense affecting interstate and



foreign commerce,

In violation of Title 18, United States Code, Section 1029(a)(2) and Title 18, United States Code, Section 2.

## COUNTS 2 - 5

2. On or about the dates enumerated as to each of these Counts of the Indictment, in the Southern District of Florida and elsewhere, the defendant,

JOSEPH FRANCIS SPITALERI,

did devise a scheme and artifice to defraud and did cause to be transmitted by means of wire in interstate commerce, writings, signs and signals for the purpose of executing the scheme and artifice, and did thereby affect a financial institution, all in violation of Title 18, United States Code, Section 1343 and Title 18, United States Code, Section 2.

### The Scheme

3.    The scheme and artifice to defraud which was devised by the defendant was for credit card charges to be made against the VISA and MasterCard accounts of account holders, such charges being made without the knowledge and permission of those account holders, which were ultimately credited to a merchant account at Barnett Bank in the name of Pro-Guard Supply, Inc.    These fraudulent charges were cleared through a company called First Data Corp. in Atlanta, Georgia which would transfer the funds by wire to a bank account held in the name of Pro-Guard Supply, Inc. for ultimate disposition at the defendant's direction.

2

## The Wire Transfers

4.    For the purpose of executing the aforesaid scheme, the defendant did cause the following wire transfers of funds to be made from the bank accounts of First Data Corp., Atlanta, Georgia to Barnett Bank account number 3871434513 on the dates, and in the amounts, indicated below as Counts 2  through 5:

| COUNT | DATE | AMOUNT |
|-------|------|--------|
| 2 | June 4, 1998 | $18,000.00 |
| 3 | June 5, 1998 | 5,099.75 |
| 4 | June 8, 1998 | 50,000.00 |
| 5 | June 9, 1998 | 96,000.00 |

## COUNTS 6 - 18

5. On or about the dates enumerated as to each of these Counts of the Indictment, in the Southern District of Florida and elsewhere, the defendant,

JOSEPH FRANCIS SPITALERI,

knowing that the property involved represented the proceeds of some form of unlawful activity, did knowingly and willfully conduct and attempt to conduct financial transactions in various amounts affecting interstate and foreign commerce, as described below, each transaction occurring on or about the date indicated and constituting a separate Count of the Indictment, which transactions

3

involved the proceeds of specified unlawful activity, that is, Credit Card Fraud, in violation of Title 18, United States Code, Section 1029 (a)(2), and Wire Fraud, in violation of Title 18, United States Code, Section 1343, as set forth in Counts 1 through 5 of the Indictment. By these financial transactions the defendant intended to promote the carrying on of the aforesaid specified unlawful activity and knew that the transactions were designed in whole and in part to conceal and disguise, the nature, location, source, ownership and control of the proceeds of such specified unlawful activity, all in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (B)(i) and Title 18, United States Code, Section 2:

| Count | Date | Amount | Financial Transaction |
|-------|------|--------|----------------------|
| 6 | June 4, 1998 | $3,500.00 | Issuance and negotiation of check number 1073 payable to "cash," drawn on Barnett Bank account no. 3871434513 |
| 7 | June 8, 1998 | $2,000.00 | Issuance and negotiation of check number 1075 payable to "cash," drawn on Barnett Bank account no. 3871434513 |
| 8 | June 8, 1998 | $2,000.00 | Issuance and negotiation of check number 1076 payable to "cash," drawn on Barnett Bank account no. 3871434513 |

| 9 | June 8, 1998 | \$2,000.00 | Issuance and negotiation of check number 1077 payable to "cash," drawn on Barnett Bank account no. 3871434513 |
|---|---|---|---|
| 10 | June 11, 1998 | \$10,000.00 | Issuance and negotiation of check number 1087 payable to "Mass Media," drawn on Barnett Bank account no. 3871434513 |
| 11 | June 9, 1998 | \$22,000.00 | Wire transfer from Barnett Bank account no. 3871434513 to the bank account of "Hollywood Club One, Inc." at First Union National Bank |
| 12 | June 10, 1998 | \$45,950.00 | Wire transfer from Barnett Bank account no. 3871434513 to the bank account of "Hollywood Club One, Inc." at First Union National Bank |
| 13 | June 11, 1998 | \$40,000.00 | Wire transfer from First Union National Bank account no.2090002662014 to the bank account of "Century 21 Mortgage Group, Inc." at American Bank of Hollywood |
| 14 | June 11, 1998 | \$17,000.00 | Issuance and negotiation of check number 2961 payable to "Joseph Spitaleri,"drawn First Union National Bank account no.2090002662014 |

| 15 | June 11, 1998 | $9,286.00 | Issuance and negotiation of check number 1091 payable to "cash," drawn on Barnett Bank account no. 3871434513 |
| 16 | June 11, 1998 | $10,000.00 | Issuance and negotiation of check number 2963 payable to "Lonna Spitaleri," drawn on First Union National Bank account no. 2090002662014 |
| 17 | June 11, 1998 | $43,000.00 | Wire transfer from Barnett Bank account no. 3871434513 to the bank account of "Celebrity One Club, Inc." at City National Bank |
| 18 | June 12, 1998 | $30,000.00 | Wire transfer from City National Bank account no.7001645464 to the bank account of "Century 21 Mortgage Group, Inc." at American Bank of Hollywood |

## COUNTS 19 - 2̶4̶ *2̶ᒃ*

6. On or about the dates enumerated as to each of these Counts of the Indictment, in the Southern District of Florida and elsewhere, defendant,

### JOSEPH FRANCIS SPITALERI,

did knowingly engage and attempt to engage in monetary transactions affecting interstate commerce, as described below, each transaction occurring on or about the date indicated and constituting a separate Count of the Indictment, which transactions involved criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity,

6

that is, Credit Card Fraud, in violation of Title 18, United States Code, Section 1029 (a)(2), and Wire Fraud, in violation of Title 18, United States Code, Section 1343, as set forth in Counts 1 through 5 of the Indictment, all in violation of Title 18, United States Code, Section 1957(a) and Title 18, United States Code, Section 2:

| Count | Date | Amount | Financial Transaction |
|-------|------|--------|----------------------|
| 19 | June 9, 1998 | $22,000.00 | Wire transfer from Barnett Bank account no. 3871434513 to the bank account of "Hollywood Club One, Inc." at First Union National Bank |
| 20 | June 10, 1998 | $45,950.00 | Wire transfer from Barnett Bank account no. 3871434513 to the bank account of "Hollywood Club One, Inc." at First Union National Bank |
| 21 | June 11, 1998 | $40,000.00 | Wire transfer from First Union National Bank account no.2090002662014 to the bank account of "Century 21 Mortgage Group, Inc." at American Bank of Hollywood |
| 22 | June 11, 1998 | $17,000.00 | Issuance and negotiation of check number 2961 payable to "Joseph Spitaleri," drawn on First Union National Bank account no. 2090002662014 |

7

| 23 | June 11, 1998 | $43,000.00 | Wire transfer from Barnett Bank account no. 3871434513 to the bank account of "Celebrity One Club, Inc." at City National Bank |
| 24 | June 12, 1998 | $30,000.00 | Wire transfer from City National Bank account no.7001645464 to the bank account of "Century 21 Mortgage Group, Inc." at American Bank of Hollywood |

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

LAWRENCE D. LaVECCHIO
ASSISTANT UNITED STATES ATTORNEY

JEFFREY H. SLOMAN
ASSISTANT UNITED STATES ATTORNEY

8

**UNITED STATES OF AMERICA**          **CASE NO.** _____

v.                                    **CERTIFICATE OF TRIAL ATTORNEY\***

JOSEPH F. SPITALERI
_____          **Superseding Case Information**:

**Court Division**: (Select One)      New Defendant(s)        Yes ____    No ____
                                      Number of New Defendants   ____
___  Miami  ____ Key West            Total number of counts      ____
 X   FTL  ____ WPB ____ FTP

I do hereby certify that:

1.    I have *carefully considered the allegations of the indictment, the number of defendants,*
      the number of probable witnesses and the legal complexities of the Indictment/Information
      attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the
      Judges of this Court in setting their calendars and scheduling criminal trials under the
      mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:        (Yes or No) NO _____
      List language and/or dialect _____

4.    This case will take   4    days for the parties to try.

5.    Please check appropriate category and type of offense listed below:
      (Check only one)                        (Check only one)

I     0 to 5 days          X       Petty       ____
II    6 to 10 days        ____     Minor       ____
III   11 to 20 days       ____     Misdem.     ____
IV    21 to 60 days       ____     Felony       X
V     61 days and over    ____

6.    Has this case been previously filed in this District Court? (Yes or No) NO
If yes:
Judge: _____        Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) NO _____
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____        District of _____

Is this a potential death penalty case? (Yes or No) NO _____

7.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to
      April 1, 1999? _X_ Yes __ No    If yes, was it pending in the Central Region? _X_ Yes __ No

8.    Did this case originate in the Narcotics Section, Miami?   Yes  x  No

                                      LAWRENCE D. LAVECCHIO
                                      ASSISTANT UNITED STATES ATTORNEY
                                      Florida Bar No. 0305405

\*Penalty Sheet(s) attached                                    REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: __Joseph F. Spitaleri____    No.: _____

Count #I:
Credit Card  fraud; in violation of 18:1029(a)(2) _____

*Max Penalty: 10 years' imprisonment and $250,000 fine _____

Count #2-5:
Wire Fraud, in violation of 18:1343 _____

*Max Penalty: 30 years' imprisonment and $1 million fine _____

Count #: 6-18

Money Laundering, in violation of 18:1956 _____

*Max Penalty: 20 years' imprisonment and $500,000 fine _____

Count # : 19-23

Engaging in financial transactions in criminally derived property, in violation of 18:1957

*Max Penalty: 10 years' imprisonment and $250,000 fine _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**