# *United States District Court*

SOUTHERN          DISTRICT OF          FLORIDA

UNITED STATES OF AMERICA

V.

JOSEPH FRANCIS SPITALERI

## WARRANT FOR ARREST

CASE NUMBER: $00-6206-CR-WJZ$

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JOSEPH FRANCIS SPITALERI

Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment | | | Information | | | Complaint | | | Order of court | | | Violation Notice | | | Probation Violation Petition

**charging him or her with** (brief description of offense)

**CREDIT CARD, WIRE FRAUD, and MONEY LAUNDERING**

in violation of Title **18** United States Code, Section(s) **1029(a)(2), 1343, 1956 & 1957**

Clarence Maddox                                                Court Administrator/Clerk of the Court

Name of Issuing Officer                                        Title of Issuing Officer

*[signature]*                                                  07/27/00 at Fort Lauderdale, Florida

Signature of Issuing Officer                                   Date and Location

Bail fixed at $ Pre-trial detention       by **BARRY S. SELTZER, MAGISTRATE JUDGE**

Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |