UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

ENTERED & FILED IN OPEN COURT
on 9-5-00
                                    AT
                                    FLA.
Clerk
United States District Court
Southern District of Florida

UNITED STATES OF AMERICA

vs

Joseph Spitalari

CASE NO: 00-6206-CR-Zloch

ORDER

THIS CAUSE is before the Court on an oral motion by the United States Government to unseal the above named case or cases.

ORDERED AND ADJUDGED that the motion to unseal is hereby GRANTED.

DONE AND ORDERED at Ft. Lauderdale, Florida, this __5__ day of September ,2000 .

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE