FILED by _____ D.C.
SEP -5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6206-CR-Zloch

UNITED STATES OF AMERICA

vs

Joseph Spitalari

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on  9-5-00  , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: ____See Bond____

Telephone: _____

DEFENSE COUNSEL:     Name: ____Brian Bieber____

Address: _____

Telephone: _____

BOND SET/CONTINUED:  $____200,000 PSB____

Bond hearing held: yes _x_  no ___ Bond hearing set for _____

Dated this __5__ day of __September__, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
    Deputy Clerk

Tape No. __00-070__

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

7