DEFT: Joseph Spitalari (surr)    CASE NO: 00-6206-CR-Zloch
AUSA: Larry Lavecchio *present*    ATTNY: Brian Bieber *present*
AGENT:    VIOL:
PROCEEDING: Initial Appearance    BOND REC:
BOND HEARING HELD: yes/no    COUNSEL APPOINTED:
BOND SET @ $200, COC PSB
CO-SIGNATURES: Mother, Wife
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents
4) Rpt to PTS as directed or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) ~~Maintain or seek full-time employment.~~
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: SD/FL
12) ~~Halfway House~~
    Electronic Monitoring — House arrest — divest of any telemarketing business
    Reside at current address, no illegal drugs or excessive alcohol

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

△ - advised of charges
△ - sworn

FILED by D.C.
SEP 5 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL: 9-21-00   11:00am   LSS
STATUS CONFERENCE:

DATE: 9-5-00    TIME: 11:00am    TAPE # 00-07 pg # 6
1600 — 2050