# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA  493 970

UNITED STATES OF AMERICA

V.

JOSEPH FRANCIS SPITALERI

## WARRANT FOR ARREST

CASE NUMBER: 00-6206-CR-WJZ

**TO:  The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __JOSEPH FRANCIS SPITALERI__

Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment  |  | Information  |  | Complaint  |  | Order of court  |  | Violation Notice  |  | Probation Violation Petition

**charging him or her with** (brief description of offense)

**CREDIT CARD, WIRE FRAUD, and MONEY LAUNDERING**

in violation of Title __18__ United States Code, Section(s) __1029(a)(2), 1343, 1956 & 1957__

---

**Clarence Maddox**
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

Signature of Issuing Officer

07/27/00 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ __Pre-trial detention__     by **BARRY S. SELTZER, MAGISTRATE JUDGE**
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at
self surrendered to USM FTL, FL

| DATE RECEIVED 07/27/2000 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 09/05/2000 | James A. Tassone, USM Southern District of Florida | Ed Purchase, SDUSM |

14