HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by _____ D.C.
SEP 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __STEPHEN DEBELOTTE__ CASE NO: __00-6239-CR-DIMITROULEAS__

AUSA __ROGER POWELL__ by Larry Bardfeld ATTY __FPD - Patrick Hunt__

Tape # 00-050
- Discovery out
- plea negotiations

DEFT __JAMES McDONALD__ CASE NO: __99-8154-CR-ZLOCH__

AUSA __CAROLYN BELL__ by Larry Bardfeld ATTY __MIKE COHEN, ESQ.__

Tape # 00-050
- Discovery out
- plea negotiations

DEFT __ESROM WILLIAMS__ CASE NO: __00-6230-CR-DIMITROULEAS__

AUSA __BERTHA MITRANI__ by Larry Bardfeld ATTY __STEPHEN ROSEN, ESQ.__

Tape # 00-050
- Discovery out
- motion to continue filed
- 4-6 + tapes.

DEFT __JOSEPH SPITALARI__ CASE NO: __00-6206-CR-ZLOCH__

AUSA __LARRY LAVECCHIO__ ATTY __BRIAN BIEBER, ESQ.__

Tape # 00-050
- Discovery out
- 4 day to try
- No audio tapes

DEFT __MARK ALAN WORTMAN__ CASE NO: __00-6249-CR-ROETTGER__

AUSA __DON CHASE__ ATTY __MICHAEL MATTERS, ESQ.__

Tape # 00-050
- Discovery out    - plea negotiations
- no motions
- 3-4 day trial

DEFT __RAMIN BAHARMAS__ CASE NO: __00-6241-CR-ZLOCH__

AUSA __ROGER POWELL__ by Larry Bardfeld ATTY __GARY ROSENBERG, ESQ.__

John Cotrone, Esq. for David Applegate

DATE __9-21-00__ TIME __11:00__

Tape # 00-050  Discovery out
- no motions
- plea negotiations
- 2 audio tapes.