UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6206-CR-ZLOCH

UNITED STATES OF AMERICA,          :

        Plaintiff,          :

v.          :

JOSEPH SPITALARI,          :

        Defendant.          :

FILED by _____ D.C.

SEP 2 5 2000

CLARENCE ___ ___
CLERK U.S. ___ CT.
___ OF FLA. FT. LAUD.

## STATUS REPORT

     A status conference was held in this cause on September 21, 2000. At that conference, the parties informed the Court as follows:

     1.  Discovery has been provided.

     2.  No additional time is needed for motions.

     DATED at Fort Lauderdale, Florida, this _25_ day of September, 2000.

                            Lurana S. Snow
                            LURANA S. SNOW
                            UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Larry Lavecchio (FTL)
Brian Bieber, Esq.