UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 00-6206-Cr-ZLOCH |
| ) | MAGISTRATE JUDGE SELTZER |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOSEPH SPITALERI, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL DATE

Defendant, **JOSEPH SPITALERI**, by and through undersigned counsel, files this Unopposed Motion for Continuance of Trial Date and, as grounds therefor, states as follows:

1. Trial in this cause is currently set for the two-week period commencing October 23, 2000.

2. On July 27, 2000, the grand jury returned the Indictment sub judice which was sealed.

3. On or about August 29, 2000, Defendant became aware of the existence of the sealed Indictment and immediately conferred with the undersigned counsel regarding his surrender to the United States Marshal Service.

4. On September 5, 2000, Defendant voluntarily surrendered to the United States Marshal Service in Broward County, Florida. United States Magistrate Judge Barry Seltzer released Defendant on a Two Hundred Thousand Dollar ($200,000.00) personal surety bond and ordered Defendant to be placed on twenty-four hour home confinement.

5. The Government provided its discovery to Defendant on September 18, 2000.

6. Defendant respectfully requests a continuance of the trial date to permit him and his attorneys additional and sufficient time to prepare for trial.

7. This Motion is made in good faith and not for purposes of delay.

8. Undersigned counsel Brian H. Bieber has contacted Assistant United States Attorney Larry Lavecchio regarding this Motion. Mr. Lavecchio advised that the Government has **no objection** to the relief requested herein. Mr. Lavecchio further advised the Government requests the trial date be set prior to the Thanksgiving holiday.

**WHEREFORE**, the Defendant, **JOSEPH SPITALERI**, for good cause shown, prays that this Honorable Court grant his Unopposed Motion for Continuance of Trial Date, reset this matter for trial to a date convenient for the Court and the parties, and grant such other and further relief as may be just and proper.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant
Douglas Centre - Penthouse One
2600 Douglas Road
Coral Gables, Florida 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By: _____
BRIAN H. BIEBER
Florida Bar # 8140

JOEL HIRSCHHORN
Florida Bar No. 104573

Florida Bar No. 104573

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this \_\_\_4th\_\_\_ day of October, 2000 to: Larry Lavecchio, Esq., and Jeffrey H. Sloman, Esq., Assistant United States Attorneys, United States Attorney's Office, Central Criminal Section II, 500 East Broward Boulevard, Fort Lauderdale, FL 33394-3002

BRIAN H. BIEBER