UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6206-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH FRANCIS SPITALERI,

    Defendant.
_____/



### GOVERNMENT'S SPEEDY TRIAL REPORT

    COMES NOW the United States of America, by and through the undersigned Assistant United States Attorneys, and files this Speedy Trial Report.

    1. Defendant was indicted on the instant charges on July 27, 2000. He thereafter surrendered to the United States Marshal's Office and made his initial appearance before Magistrate Judge Barry S. Seltzer on September 5, 2000, at which time he was also arraigned.

    2. By written order dated September 6, 2000, this Court set this case for trial during the trial period commencing on October 23, 2000.

    3. On October 4, 2000, the defendant filed an unopposed motion for continuance of the trial date.

    Therefore, as of October 23, 2000, twenty-nine (29) days of nonexcludable time will have elapsed under the Speedy Trial Act. At such time as the defendant's speedy trial period begins to

1

again run, forty-one (41) days will remain within which to commence trial herein.

                    Respectfully submitted,

                    GUY A. LEWIS
                    UNITED STATES ATTORNEY

By: _____
     LAWRENCE D. LaVECCHIO
     Assistant U.S. Attorney
     Fla. Bar No. 0305405
     500 E. Broward Blvd., Ste. 700
     Ft. Lauderdale, FL 33394
     (954) 356-7255/356-7230 - Fax

for _____
     JEFFREY H. SLOMAN
     Assistant U.S. Attorney
     Fla. Bar No.0378879
     500 E. Broward Blvd., Ste. 700
     Ft. Lauderdale, FL 33394
     (954) 356-7255/356-7228 - Fax

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered this 19th day of October 2000 to: Joel Hirschhorn, Esquire, Hirschhorn & Bieber, P.A., Penthouse One, 2600 Douglas Road, Coral Gables, Florida 33134.

                              LAWRENCE D. LaVECCHIO
                              Assistant United States Attorney

3