UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6206-CR-Zloch  DATE 10-20-00

CLERK Carline Newby    REPORTER Carl Schanzleh

PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA v. Joseph Spitalari

U. S. ATTORNEY Jeffrey Sloman  DEFT COUNSEL Brian Bieber
  Laurence Levecchio

DEFENDANT: PRESENT   NOT PRESENT   ON BOND   IN CUSTODY

REASON FOR HEARING  Calendar Call

RESULT OF HEARING  Deft's mtn for continuance granted - all time excludable

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC  4 days

20