UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6206-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH SPITALERI,

    Defendant.
_____/

**ORDER GRANTING CONTINUANCE
AND RESETTING TRIAL**

FILED by _____ D.C.

OCT 2 3 2000

THIS MATTER is before the Court for Calendar Call on October 20, 2000, and upon the Defendant, Joseph Spitaleri's, Unopposed Motion For Continuance Of Trial Date bearing certificate of service dated October 4, 2000, based upon the need of counsel for said Defendant for additional time within which to prepare to properly defend this matter. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Joseph Spitaleri's, Unopposed Motion For Continuance Of Trial Date be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of October 23, 2000 and is hereby reset for the trial calendar commencing on Tuesday,



January 16, 2001, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Friday, January 12, 2001, at <u>9:00 a.m.</u> in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance <u>must be filed</u> fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, October 4, 2000, through and including January 16, 2001, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _23rd_ day of October, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Larry Lavecchio, Esq., AUSA
For Plaintiff

Brian H. Bieber, Esq.
For Defendant