UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 00-6206-Cr-ZLOCH |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEFENDANT'S UNOPPOSED MOTION** |
| ) | **TO MODIFY PRETRIAL RELEASE** |
| JOSEPH SPITALERI, ) | **CONDITIONS** |
| ) | |
| Defendant. ) | |

Defendant, **JOSEPH SPITALERI**, by and through undersigned counsel, files this Unopposed Motion to Modify Pretrial Release Conditions and, as grounds therefor, states:

1. On September 5, 2000, Defendant voluntarily surrendered to the United States Marshal's Office after being advised by his attorneys that a sealed Indictment had been returned against him.

2. Also on September 5, 2000, United States Magistrate Judge Barry Seltzer, upon the Government's recommendation (based upon the agreement of the parties), released Mr. Spitaleri on the following conditions of bond: A personal surety bond in the amount of $200,000.00 secured by Mr. Spitaleri's wife's residence located in Broward County and a condominium (also located in Broward County) owned by Mr. Spitaleri's mother. Additionally, Mr. Spitaleri was placed on 24-hour house arrest and was ordered to divest himself of any ownership, activity or participation in telemarketing activities.

3.     Since September 5, 2000, Mr. Spitaleri has been in full compliance with all pretrial release conditions set forth above.

4.     Mr. Spitaleri respectfully requests this Court permit him to obtain and perform gainful employment to support himself, his wife and three minor children. Mr. Spitaleri has been offered a position as a dispatcher for Bags To Go, Inc., located at 218 Commercial Boulevard, Fort Lauderdale, Florida 33308. The telephone number of Bags To Go, Inc. is (954) 489-1600. Should this Court grant Mr. Spitaleri permission to work while on pretrial release, Mr. Spitaleri's direct supervisor will be Mr. Gary Spagoulakis.

5.     Mr. Spitaleri respectfully requests this Court modify his bond conditions to permit him to work from Monday through Friday, 8:00 A.M. to 7:00 P.M. (which includes travel time to and from his residence).

6.     The undersigned has contacted Assistant United States Attorney Laurence Lavecchio with respect to this Motion. Mr. Lavecchio advised the Government has **no objection** to the relief requested herein.

**WHEREFORE**, Defendant, **JOSEPH SPITALERI**, respectfully requests this Honorable Court grant his Unopposed Motion to Modify Pretrial Release Conditions and such other and further relief as is just and proper.

          Respectfully submitted,

          HIRSCHHORN & BIEBER, P.A.
          Attorneys for Defendant
          Douglas Centre - Penthouse One
          2600 Douglas Road
          Coral Gables, Florida 33134
          Telephone #: (305) 445-5320
          Facsimile #: (305) 446-1766

By: _____
    BRIAN H. BIEBER
    Florida Bar # 8140

    JOEL HIRSCHHORN
    Florida Bar No. 104573

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via U.S. mail this ___5th___ day of December, 2000 to: Laurence Lavecchio, Esq., Assistant United States Attorney, United States Attorney's Office, Central Criminal Section II, 500 East Broward Boulevard, Fort Lauderdale, FL 33394-3002

_____
BRIAN H. BIEBER