UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 00-6206-Cr-ZLOCH |
| Plaintiff, ) | |
| v. ) | **ORDER ON DEFENDANT'S** |
| ) | **UNOPPOSED MOTION TO MODIFY** |
| ) | **PRETRIAL RELEASE CONDITIONS** |
| JOSEPH SPITALERI, ) | |
| Defendant. ) | |
| _____ ) | |

THIS CAUSE having come on to be heard before me upon Defendant, **JOSEPH SPITALERI's** Unopposed Motion to Modify Pretrial Release Conditions and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion be and the same is hereby GRANTED. Defendant shall be permitted to work at Bags to Go, Inc., located at 218 Commercial Boulevard, Fort Lauderdale, Florida 33308, from Monday through Friday, 8:00 A.M. to 7:00 P.M.

**DONE AND ORDERED** in Chambers at United States District Court, Fort Lauderdale, Florida this 18th day of December, 2000.

UNITED STATES DISTRICT JUDGE
Magistrate

Conformed copies furnished:
Hirschhorn & Bieber, P.A.
Larry Lavecchio, Esq.