UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by
JAN 1 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6206-CR-Zloch  DATE 1-12-01
CLERK Carolyne Newby   REPORTER Carl Schanzleh
PROBATION    INTERPRETER

UNITED STATES OF AMERICA v. Joseph Spitaleri

U. S. ATTORNEY Larry LaVecchio   DEFT COUNSEL Brian B eber

DEFENDANT: PRESENT __ NOT PRESENT __ ON BOND __ IN CUSTODY __

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft's ore tenus Mtn to continue granted. All time excludable until trial actually commence.

JUDGMENT

CASE CONTINUED TO ___ TIME ___ FOR ___

MISC

24