```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA         FILED by _____ D.C.
                    HONORABLE WILLIAM J. ZLOCH
                         CRIMINAL MINUTES                 MAR 2 6 2001
```

CASE NUMBER  00-6206-CR-Zloch   DATE  3-26-01

CLERK  Carline Newby            REPORTER  Carl Schanzleh

PROBATION                       INTERPRETER

UNITED STATES OF AMERICA v. Joseph Spitaleri

U. S. ATTORNEY  Lawrence LaVecchio   DEFT COUNSEL

DEFENDANT:   PRESENT ___   NOT PRESENT ___   ON BOND ___   IN CUSTODY ___

REASON FOR HEARING  Calendar Call

RESULT OF HEARING  Possible Plea —
Jury Selection - 10:30 Tues -
3-27-

JUDGMENT

CASE CONTINUED TO _____  TIME _____  FOR _____

MISC  4 days
      Ba d

26