UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6206-CR-ZLOCH

FILED by _____ D.C.

MAR 2 6 2001

UNITED STATES OF AMERICA

V.                                              NOTICE

JOSEPH FRANCIS SITALERI

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                                  COURTROOM A
299 E. BROWARD BLVD.                    DATE & TIME:
FT. LAUDERDALE, FL 33301                April 10, 2001 at 10:00 AM

CHANGE OF PLEA  - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH
WILL ASK FOR A CONFESSION


CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: March 26, 2001

cc:
Lawrence LaVecchio Esq., AUSA
Brian Bieber, Esq.