FILED by _____ D.C.
APR 10 2001
CLERK, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6206-Cr-Zloch   DATE 4-10-01

CLERK Carlino Newby   REPORTER Carl Schanzlel

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Joseph Spitaleri

U. S. ATTORNEY Jeffrey Sloman   DEFT COUNSEL Brian Bieber

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Change of Plea to Counts 6 thru 18 -

RESULT OF HEARING Deft entered a plea of guilty to Counts 6-18

JUDGMENT Court accepted plea & adjudged deft guilty to Counts 6-18 -

CASE CONTINUED TO 6-21-01   TIME 11:00   FOR Sentencing

MISC Written Plea Agreement -

29