UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 00-6206-Cr-ZLOCH |
| ) | MAGISTRATE JUDGE SELTZER |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOSEPH SPITALERI, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### DEFENDANT'S OBJECTIONS TO THE
### PRE-SENTENCE INVESTIGATION REPORT

Defendant, JOSEPH SPITALERI, by and through undersigned counsel, files his Objections to the

Pre-Sentence Investigation Report, and, as grounds therefore, states as follows:

### PART C. OFFENDER CHARACTERISTICS

**Paragraph 55**: Objection. Defendant did obtain his GED and is attempting to locate a copy of same.

**Paragraph 74**: Objection. Defendant objects to the imposition of a fine sub judice, in light of the

anticipated restitution amount owed in United States v. Spitaleri, et al., Case No. 00-6309-CR-SEITZ.

Respectfully Submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant SPITALERI
2600 Douglas Road, Penthouse One
Coral Gables, FL 33134
Tel: (305) 445-5320 / Fax: (305) 446-1766

By: _____
BRIAN H. BIEBER
Florida Bar No. 8140

JOEL HIRSCHHORN
Florida Bar No. 104573

CASE NO. 00-6206-Cr-ZLOCH

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Defendant's Objections to the Pre-Sentence Investigation Report was sent via United States mail this ___24th___ day of May, 2001, to Lawrence D. LaVecchio, Esq., Assistant United States Attorney, United States Attorney's Office, 500 E. Broward Blvd., Seventh Floor, Fort Lauderdale, Florida 33394, and Dedra M. Pratt,. U.S. Probation Officer, Federal Courthouse Building, 299 East Broward Blvd., Room 409, Ft. Lauderdale, FL 33301-1865.

BRIAN H. BIEBER