UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6206-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    **O R D E R**

JOSEPH SPITALERI,

    Defendant.
_____/

THIS MATTER is before the Court upon the Defendant, Joseph Spitaleri's Unopposed Motion To Consolidate Cases For Sentencing Purposes (DE 32). The Court having carefully reviewed said Motion and the entire court file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant's Unopposed Motion To Consolidate Cases For Sentencing Purposes Only (DE 32) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of June, 2001.

                              WILLIAM J. ZLOCH
                              Chief United States District Judge

Copies furnished:

Larry Lavecchio, Esq., AUSA
Brian McCormick, Esq., AUSA
For Plaintiff

Brian H. Bieber, Esq.
For Defendant