UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6206-CR-ZLOCH

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH FRANCIS SPITALERI,

Defendant.

______________________________/

GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE FROM THE DEFENDANT'S DETERMINED GUIDELINES SENTENCE RANGE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files this Motion pursuant to Section 5K1.1 of the Sentencing Guidelines seeking a downward departure from the defendant's guidelines range, and, in support thereof, hereby asserts that the defendant has provided substantial assistance in the investigation or prosecution of another person who has committed an offense.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: ______________________________

LAWRENCE D. LaVECCHIO
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0305405
500 E. Broward Blvd., Ste. 700
Fort Lauderdale, Florida 33301
(954) 356-7255/356-7336 - fax

34

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was delivered by facsimile and by U.S. mail on this 19th day of June, 2001 to Brian H. Bieber, Esquire, Penthouse One, 2600 Douglas Road, Coral Gables, Florida 33134, fax number (305) 446-1766.

LAWRENCE D. LaVECCHIO
ASSISTANT UNITED STATES ATTORNEY