UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JUN 21 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6206-CR-Z/och   DATE 6-21-01
CLERK Carlne Meeley   REPORTER Carl Schenzle
PROBATION Dedra Prett   INTERPRETER

UNITED STATES OF AMERICA v. Joseph Spitaleri

U.S. ATTORNEY Lawrence LaVecchio   DEFT COUNSEL Brian Bieber
Brian McCormick

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Gov't's mtn for downward departure - Joint ore Tenus. mtn for continuance granted - Court to notify Court when Ready -

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC

35