UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6206-CR-ZLOCH

UNITED STATES OF AMERICA

V.

JOSEPH SPITALERI
_____

ORDER TO SEAL



FILED by _____ D.C.
JUN 2 2 2001

THIS MATTER is before the Court upon Government's Ore Tenus Motion To Seal Court Reporter's Notes of Hearing held on June 21 2001. The Court having reviewed the court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Clerk of Court shall seal the aforementioned until December 31, 2001, at which time they shall be unsealed without further order of the Court.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this 22nd day of June, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Lawrence LaVecchio, Esq., AUSA
Brian Bieber, Esq.

```
                                                            [vdkttext]


                              Case Selection
Dkt type: cr   Case Number: 00-6206        Division: 0    FtLauderdale
 Title :  USA                        .V.  Spitaleri




Filed        Entry Date  Last Update      History ID      Docketed by
6/22/01       6/25/01     **/**/**          4648451            lh
     +------------------------------------------------------------+
       SEALED DOCUMENT as to Joseph Francis Spitaleri



     +viewing docket text-------------------------------------+
Transaction: kseal doc -/ -/ - - -

Command mode (? for commands)
```

Attached to D.E. # 36