UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 00-6206-Cr-ZLOCH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEFENDANT'S UNOPPOSED MOTION** |
| ) | **TO MODIFY PRETRIAL RELEASE** |
| ) | **CONDITIONS** |
| JOSEPH SPITALERI, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant, **JOSEPH SPITALERI**, by and through undersigned counsel, files this Unopposed Motion to Modify Pretrial Release Conditions and, as grounds therefor, states:

1. On September 5, 2000, United States Magistrate Judge Barry Seltzer, upon the Government's recommendation (based upon the agreement of the parties), released Mr. Spitaleri on the following conditions of bond: A personal surety bond in the amount of $200,000.00 secured by Mr. Spitaleri's wife's residence located in Broward County and a condominium (also located in Broward County) owned by Mr. Spitaleri's mother. Additionally, Mr. Spitaleri was placed on 24-hour house arrest and was ordered to divest himself of any ownership, activity or participation in telemarketing activities.

2. Since September 5, 2000, Mr. Spitaleri has been in full compliance with all pretrial release conditions set forth above.

3. Mr. Spitaleri's 24-hour house arrest bond condition was subsequently modified by this Court, permitting him to work as a dispatcher at Bags To Go, Inc., located at 218 Commercial Boulevard, Fort Lauderdale, Florida 33308 ((954) 489-1600), Monday through Friday from 9:00 A.M. to 7:00 P.M.

4. Mr. Spitaleri respectfully requests this Court modify his bond conditions to permit him to leave his residence from Monday through Sunday from 8:00 A.M. to 11:30 P.M. to work (as necessary) and spend time with his family outside of their residence (as necessary). Mr. Spitaleri's request is made in good faith and solely for the purposes of enabling him to earn sufficient funds to support his family (as it is very likely he will be sentenced to a term of incarceration) and to afford him the opportunity to spend time with, and attend to the needs of, his three (3) minor children.

5. The undersigned has contacted Assistant United States Attorney Larry Lavecchio with respect to this Motion. Mr. Lavecchhio advised the Government has **no objection** to the relief requested herein.

**WHEREFORE**, Defendant, **JOSEPH SPITALERI**, respectfully requests this Honorable Court grant his Motion to Modify Pretrial Release Conditions and such other and further relief as is just and proper.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant
Douglas Centre - Penthouse One
2600 Douglas Road
Coral Gables, Florida 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By: _____
BRIAN H. BIEBER
Florida Bar # 8140

JOEL HIRSCHHORN
Florida Bar No. 104573

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via U.S. mail this $11^{74}$ day of July, 2001 to: Larry Lavecchio, Esq., Assistant United States Attorney, United States Attorney's Office, Central Criminal Section II, 500 East Broward Boulevard, Fort Lauderdale, FL 33394-3002.

_____
BRIAN H. BIEBER