UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6206-Cr-ZLOCH

UNITED STATES OF AMERICA, )
)
   Plaintiff, )
)
v. ) **ORDER ON DEFENDANT'S**
) **UNOPPOSED MOTION TO MODIFY**
JOSEPH SPITALERI, ) **PRETRIAL RELEASE CONDITIONS**
)
   Defendant. )
_____)

THIS CAUSE having come on to be heard before me upon Defendant, **JOSEPH SPITALERI's** Unopposed Motion to Modify Pretrial Release Conditions and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion be and the same is hereby GRANTED.

**DONE AND ORDERED** in Chambers at United States District Court, Fort Lauderdale, Florida this 12th day of July, 2001.

                                                  _____
                                                  UNITED STATES ~~DISTRICT~~ JUDGE
                                                   Magistrate

Conformed copies furnished:

Hirschhorn & Bieber, P.A.
Larry Lavecchio, Esq.

