UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, )  CASE NO. 00-6206-Cr-ZLOCH
                                )
     Plaintiff,               )
                                )
     v.                       )  **ORDER ON DEFENDANT'S**
                                )  **UNOPPOSED MOTION TO MODIFY**
JOSEPH SPITALERI,        )  **PRETRIAL RELEASE CONDITIONS**
                                )
     Defendant.             )
_____)

THIS CAUSE having come on to be heard before me upon Defendant, **JOSEPH SPITALERI**'s Unopposed Motion to Modify Pretrial Release Conditions and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

☒ **ORDERED AND ADJUDGED** that said Motion be and the same is hereby _____.

GRANTED. Defendant may leave his residence at 6:30 a.m., Monday thru Friday

**DONE AND ORDERED** in Chambers at United States District Court, Fort Lauderdale, Florida this 5th day of September, 2001.

                                                     UNITED STATES ~~DISTRICT~~ JUDGE
                                                      Magistrate

Conformed copies furnished:

Hirschhorn & Bieber, P.A.
Larry Lavecchio, Esq.