UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**THE UNITED STATES OF AMERICA,** )
                                     )    CASE NUMBER
        PLAINTIFF,      )    00-6206-CR-ZLOCH
                                     )
  VS.                     )
                                     )    THIS VOLUME:
**JOSEPH FRANCIS SPITALERI,**   )    PAGES 1 - 35
                                   )
        DEFENDANT.      )
_____)

TRANSCRIPT OF PLEA COLLOQUY HAD BEFORE THE HONORABLE WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON TUESDAY, APRIL 10, 2001, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:    JEFFREY SLOMAN, A.U.S.A.

FOR THE DEFENDANT:     BRIAN BIEBER, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE