UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6202-CR-ZLOCH
                    6

UNITED STATES OF AMERICA

V.                                          NOTICE

JOSEPH SPITALERI

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

| PLACE<br>299 E. BROWARD BLVD.<br>FT. LAUDERDALE, Fl, 33301 | COURTROOM A<br>DATE & TIME:<br>January 24, 2002, at 9:30 AM |
|---|---|

SENTENCING - RESET BY COURT

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: November 29, 2001

cc:
Lawrence LaVecchio, Esq., AUSA
Brian Bieber, Esq.
Probation