UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6206-CR-ZLOCH



UNITED STATES OF AMERICA

V.                                              NOTICE

JOSEPH SPITALERI

---

TYPE OF CASE            CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

---

| PLACE | COURTROOM A |
|---|---|
| 299 E. BROWARD BLVD. | DATE & TIME: |
| FT. LAUDERDALE, Fl, 33301 | February 8, 2002, at 10:00 AM |

---

SENTENCING RESET BY COURT

---

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: January 23, 2002

cc:
Lawrence LaVecchio, Esq., AUSA
Brian Bieber, Esq.
Probation