

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6206-CR-Zloch   DATE 2-8-02
CLERK Carline Newby   REPORTER Carl Schanzleh
PROBATION Debra Pratt   INTERPRETER

UNITED STATES OF AMERICA v. Joseph Spitaleri

U. S. ATTORNEY Lawrence Lavecchio   DEFT COUNSEL Brian Bieber
Jeff Sloman

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Sentencing
Previous sentencing hearing unsealed by
order of Court -

RESULT OF HEARING Gov't mtn for downward
departure (5K1) granted - it's 6 - May 18 - 24 months
Custody of BOP to Run Concurrently
with each other & Concurrently to

JUDGMENT Case # 00-6308-CR-Seitz - $7,500
fine - $1,300 assessment - 3 yrs Sup
Rel - Spec Conds - Participate in Drug/Alcohol
Abuse Program; Submit to search of person & property;

CASE CONTINUED TO _____ TIME _____ FOR
Not engage in certain business (See Jcc) - obtain
MISC approval before any self employment -
Prohibiting from certain people & places -
Complete financial disclosure - Ct Recommends
DAP 500 hr. ~~institutes~~ drug program - Execution
of sentence deferred until Noon 4-15-02 -
Ct Recommends Camp facility in Miami - 44