UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6202-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

V.

JOSEPH SPITALERI              ORDER

    Defendant

_____

FILED by _____ D.C.
MAR 0 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    THIS MATTER is before the Court upon Defendant's Unopposed Motion To Extend Surrender Date (filed February 28, 2002). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

    ORDERED AND ADJUDGED that the aforementioned Motion is hereby GRANTED. Execution of sentence is hereby deferred until noon, June 15, 2002 to the facility designated by the Bureau of Prisons.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___4th___ day of March, 2002.

                             /s/ William J. Zloch
                             WILLIAM J. ZLOCH
                             Chief United States District Judge

cc:
Larry LaVecchio, Esq., AUSA
Brian Bieber, Esq.
Probation
Marshal

