UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


THE UNITED STATES OF AMERICA, )
                              )        CASE NUMBER
           PLAINTIFF,         )     00-6206-CR-ZLOCH
                              )
     VS.                      )
                              )
JOSEPH FRANCIS SPITALERI,     )        THIS VOLUME:
                              )        PAGES 1 - 13
           DEFENDANT.         )
_____)


          TRANSCRIPT OF SENTENCING HAD BEFORE THE HONORABLE

WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD COUNTY,

FLORIDA, ON THURSDAY, JUNE 21, 2001, IN THE ABOVE-STYLED

MATTER.



APPEARANCES:

FOR THE GOVERNMENT:     LAWRENCE LAVECCHIO, A.U.S.A., AND
                        BRIAN MCCORMICK, A.U.S.A.

FOR THE DEFENDANT:      BRIAN BIEBER, ESQ.



                CARL SCHANZLEH
            OFFICIAL COURT REPORTER
               U. S. COURTHOUSE
          299 E. BROWARD BLVD., 202B
        FORT LAUDERDALE, FLORIDA 33301
               954 769-5488

# TRANSCRIPTS

## NOT SCANNED

## PLEASE REFER TO COURT FILE.