UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA,        )
                                     )       CASE NUMBER
            PLAINTIFF,               )       00-6206-CR-ZLOCH
                                     )
      VS.                            )
                                     )
JOSEPH F. SPITALERI,                 )       THIS VOLUME:
                                     )       PAGES 1 - 19
            DEFENDANT.               )
_____)


TRANSCRIPT OF SENTENCING HAD BEFORE THE HONORABLE

WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD COUNTY,

FLORIDA, ON FRIDAY, FEBRUARY 8, 2002, IN THE ABOVE-STYLED

MATTER.


APPEARANCES:

FOR THE GOVERNMENT:     LARRY LAVECCHIO, A.U.S.A., AND
                        JEFFREY SLOMAN, A.U.S.A.

FOR THE DEFENDANT:      BRIAN BIEBER, ESQ.


CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# TRANSCRIPTS

## NOT SCANNED

## PLEASE REFER TO COURT FILE.