DEFENDANT: JOSEPH FRANCIS SPITALERI
CASE NUMBER: 00-6206-CR-ZLOCH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 24 Months as to each of Counts 6-18 to be served concurrently and concurrent to the term of imprisonment imposed in Southern District of Florida Case No. 00-6309-CR-SEITZ..

The Court recommends to the Bureau of Prisons:

> A camp facility in Miami, Florida. Court recommends DAP 500 hour drug program.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons by noon April 15, 2002.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant ~~delivered~~ v/s on 6/14/02 to BoP FCI Miami

at Miami Fl, with a certified copy of this judgment.

Ed Gonzalez, Warden
~~UNITED STATES MARSHAL~~

By: Tina Nolan, Lt
~~Deputy U.S. Marshal~~