UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff,
v.
JOSEPH SPITALERI,
Defendant.

CASE NO. 00-6206-Cr-ZLOCH

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY PRE-SENTENCE INVESTIGATION REPORT**

Defendant, **JOSEPH SPITALERI**, by and through undersigned counsel, files this Unopposed Motion to Modify Pre-Sentence Investigation Report ("PSI") and, as grounds therefor, states:

1. On September 5, 2000, Defendant was Indicted in this case.

2. On February 8, 2002, Defendant was sentenced to twenty-four (24) months imprisonment followed by three years supervised release.

3. Paragraph fifty two (52) of Defendant's PSI states that: " at age 44, the defendant had another relapse [regarding his drug addiction] and snorted heroin daily until stopping after about six months."

51

4. The probation officer sub judice did not specify the relevant dates, which were October 1999 through April 2000, during which Defendant had relapsed.

5. In order for Defendant to enroll in the Bureau of Prison's Drug Program, as ordered by this Court, the above reference dates need to be specified in the PSI.

6. Accordingly, Defendant respectfully requests this court grant his Motion to Modify Paragraph fifty two (52) of the Presentence Investigation Report to state: "At age 44, from October 1999 through April 1, 2000, the Defendant had another relapse and snorted heroin daily until stopping after about six months."

7. Defendant has contacted Assistant United States Attorney Lawrence D. LaVecchio regarding the relief requested herein. Mr. LaVecchio advised that the Government has **no objection**.

8. The undersigned has contacted United States Probation Officer Dedra M. Pratt with respect to the relief requested herein. Ms. Pratt advised that the United States Probation Office has **no objection.**

HIRSCHHORN & BIEBER, P.A., DOUGLAS CENTRE, PENTHOUSE ONE, 2600 DOUGLAS ROAD, CORAL GABLES, FL 33134, TEL (305) 445-5320, FAX (305) 446-1766

**WHEREFORE**, Defendant, **JOSEPH SPITALERI**, respectfully requests this Honorable Court grant his Unopposed Motion to Modify his Pre Sentence Investigation Report, and such other and further relief as is just and proper.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant
Douglas Centre - Penthouse One
2600 Douglas Road
Coral Gables, Florida 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766

By: ____________________
BRIAN H. BIEBER
Florida Bar # 8140

JOEL HIRSCHHORN
Florida Bar No. 104573

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via facsimile and U.S. mail this 17th day of October, 2002 to: Larry LaVecchio, Esq., and Jeffrey H. Sloman, Esq., Assistant United States Attorneys, United States Attorney's Office, Central Criminal Section II, 500 East Broward Boulevard, Fort Lauderdale, FL 33394-3002 and Dedra M. Pratt, U.S. Probation Officer, 299 E. Broward Blvd., Room 409, Ft. Lauderdale, Florida 33301-1168.

____________________
BRIAN H. BIEBER