UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6206-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

V.

JOSEPH SPITALERI

    Defendant

_____

<u>ORDER</u>

FILED by _____ D.C.

OCT 1 8 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon Defendant's Unopposed Motion To Modify Pre-sentence Investigation (DE 51). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED. Paragraph fifty two (52) of Defendant's Presentence Investigation Report shall be modified to state as follows: "at age 44, from October 19, through April 1, 2000, the Defendant had another relapse and snorted heroin daily until stopping after about six months."

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___18th___ day of October, 2002.

                                                                     _____
                                                                      WILLIAM J. ZLOCH
                                                                      Chief United States District Judge

cc:
Jeffrey Sloman, Esq., AUSA
Lawrence LaVecchio, Esq., AUSA
Dedra Pratt, U. S. Probation
Brian Bieber, Esq.